UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CERAMICAS INDUSTRIALES, S. A. and
BRIGGS PLUMBING PRODUCTS, INC.,
      Plaintiff(s),　　　　　　　　　　　Index No. 08 CIV. 5114

   -against-　　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

METROPOLITAN LIFE INSURANCE COMPANY,
      Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK)
           S.S.:
COUNTY OF NEW YORK)

     NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 5th day of June 2008, at approximately 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL COVER SHEET** upon Metropolitan Life Insurance Company at One MetLife Plaza North, Long Island, NY 11101, by personally delivering and leaving the same with Mark Alpert, Assistant General Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

     Mark Alpert is a white male, approximately 45 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 189 pounds with brown/gray hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
6th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012