UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CERAMICAS INDUSTRIALES, S. A. and
BRIGGS PLUMBING PRODUCTS, INC.,
　　　　Plaintiff(s),

Index No. 08 CIV. 5114

　　-against-

AFFIDAVIT OF SERVICE

METROPOLITAN LIFE INSURANCE COMPANY,
　　　　Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK)
　　　　　　　S.S.:
COUNTY OF NEW YORK)

　　TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

　　That on the 5th day of June 2008, at approximately 3:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL COVER SHEET** upon Metropolitan Life Insurance Company at 334 Madison Avenue, Convent Station, NJ 07961, by personally delivering and leaving the same with Danielle Adams, Security Shift Leader, who informed deponent that she is an agent authorized by appointment to receive service at that address.

　　Danielle Adams is a white female, approximately 30 years of age, stands approximately 5 feet 7 inches tall and weighs approximately 185 pounds with sandy brown hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
6th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6100718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012