UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CERAMICAS INDUSTRIALES, S. A. and
BRIGGS PLUMBING PRODUCTS, INC.,
    Plaintiff(s),

    -against-

METROPOLITAN LIFE INSURANCE COMPANY,
    Defendant(s).
-------------------------------------------------------X

Index No. 08 CIV. 5114

AFFIDAVIT OF SERVICE
ATTEMPTED SERVICE

STATE OF NEW YORK)
            S.S.:
COUNTY OF NEW YORK)

    HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 5th day of June 2008, at approximately 1:00 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL COVER SHEET** upon Metropolitan Life Insurance Company at One Madison Avenue, NYC. Deponent was told service of legal documents must go to MetLife, Long Island City c/o legal department.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
6th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012