Jones/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CERAMICAS INDUSTRIALES, S.A and     08 Civ. 5114 (BSJ)
BRIGGS PLUMBING PRODUCTS, INC.,

                     Plaintiffs,                 **STIPULATION**

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

                     Defendant.

-----------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for the parties, that defendant's time to answer or otherwise respond to plaintiffs' complaint is extended for forty-five days, from June 25, 2008, until August 11, 2008.

Dated: June 20, 2008                Dated: June 23, 2008

     HINSHAW & CULBERTSON LLP         SPEARS & IMES LLP

By: _____             By: _____
Edward K. Lenci (EL 3207)             Charlita Mays
780 Third Avenue, 4th Floor             Sara L. Shudofsky
New York, NY 10017                 51 Madison Avenue
Tel.: (212) 471-6200                  New York, NY 10010
                                          Tel.: (212) 213-6996

*Attorneys for Ceramicas*                *Attorneys for Metropolitan Life Insurance*
*Industriales, S.A. and Briggs*           *Company*
*Plumbing Products, Inc.*

**SO ORDERED.**

June 25, 2008

                                          _____
                                          Honorable Barbara S. Jones
                                          United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```