UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CERAMICAS INDUSTRIALES, S.A. and
BRIGGS PLUMBING PRODUCTS, INC.,

                Plaintiffs,

          v.

METROPOLITAN LIFE INSURANCE
COMPANY,

                Defendant.
------------------------------------------------------------x

08 Civ. 5114 (BSJ)

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

ECF Case

Defendant METROPOLITAN LIFE INSURANCE COMPANY by and through its attorneys, Spears & Imes LLP, respectfully submits its corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, and states that it is a wholly-owned subsidiary of MetLife, Inc., a publicly held corporation.

Dated: New York, New York
       August 11, 2008

SPEARS & IMES LLP

By: _____
Charlita Mays
Sarah Paul
Sara L. Shudofsky
51 Madison Avenue
New York, NY 10010
cmays@spearsimes.com
spaul@spearsimes.com
sshudofsky@spearsimes.com
Tel.: (212) 213-6996
Fax: (212) 213-0849

*Attorneys for Metropolitan Life Insurance Company*

TO: Edward K. Lenci, Esq.
Hinshaw & Culbertston LLP
780 Third Avenue, 4th Floor
New York, NY 10017

*Attorneys for Ceramicas Industriales, S.A. and Briggs Plumbing Products, Inc.*