## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of August 2008, I caused to be served a copy of the foregoing Notice of Motion and Memorandum of Law in Support of Defendant's Motion to Dismiss upon the following counsel through the Court's ECF system:

Edward Kevin Lenci, Esq.
Wilker & Lenci, LLP
The Olympic Tower, 645 Fifth Avenue, Suite 703
New York, NY 10022
**Counsel for Ceramicas Industriales, S.A. and Briggs Plumbing Products, Inc.**

 

_____
Michaela N. de Lacaze