UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
CERAMICAS INDUSTRIALES, S.A. and                             :
BRIGGS PLUMBING PRODUCTS, INC.,                              :
                                                             :       08 Civ. 5114 (BSJ)
                                                             :
                           Plaintiffs,                       :
                                                             :       **NOTICE OF MOTION**
         v.                                                  :
                                                             :       ECF Case
METROPOLITAN LIFE INSURANCE                                  :
COMPANY,                                                     :
                                                             :
                           Defendant.                        :
                                                             :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, and upon all the papers and proceedings herein, the Defendant Metropolitan Life Insurance Company, by its undersigned attorneys, will move this Court before the Honorable Barbara S. Jones, United States District Judge for the Southern District of New York, at the United States Courthouse, Courtroom 18B, 500 Pearl Street, New York, New York 10007, on September 9, 2008, or as soon thereafter as counsel may be heard, for an order dismissing Plaintiffs' complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, Plaintiffs are required to serve opposition papers, if any, by August 25, 2008.

Dated: New York, New York
       August 11, 2008

                                          SPEARS & IMES LLP

                                          By: _____
                                          Charlita Mays
                                          Sarah Paul
                                          Sara L. Shudofsky
                                          51 Madison Avenue
                                          New York, NY 10010
                                          cmays@spearsimes.com
                                          spaul@spearsimes.com
                                          sshudofsky@spearsimes.com
                                          Tel.: (212) 213-6996
                                          Fax: (212) 213-0849

                                          *Attorneys for Metropolitan Life Insurance Company*

TO:   Edward K. Lenci, Esq.
      Hinshaw & Culbertston LLP
      780 Third Avenue, 4th Floor
      New York, NY 10017

      *Attorneys for Ceramicas Industriales, S.A. and Briggs Plumbing Products, Inc.*