```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CERAMICAS INDUSTRIALES, S.A. and
BRIGGS PLUMBING PRODUCTS, INC.,

                       Plaintiffs,

        v.

METROPOLITAN LIFE INSURANCE
COMPANY,

                       Defendant.

------------------------------------------------------------x

08 Civ. 5114 (BSJ)

ECF Case

**STIPULATION AND ORDER**

       **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for the parties, that plaintiffs' time to oppose defendant's motion to dismiss is extended, and plaintiffs' opposition papers shall be served by September 30, 2008.

       Further, defendant's reply to plaintiffs' response shall be served by October 15, 2008.

Dated: August 15, 2008

HINSHAW & BULBERTSON LLP

By: _____
Edward K. Lenci (EL 3207)
Concepcion A. Montoya (CM 7147)
780 Third Avenue, 4th Floor
New York, NY 10017
Tel: (212) 471-6200

*Attorneys for Ceramicas
Industriales, S.A. and Briggs
Plumbing Products, Inc.*

Dated: August 15, 2008

SPEARS & IMES LLP

By: _____
Charlita Mays
Sarah Paul
Sara L. Shudofsky
51 Madison Avenue
New York, NY 10010
Tel: (212) 213-6996

*Attorneys for Metropolitan Life
Insurance Company*

**SO ORDERED**

August 19, 2008

_____
Honorable Barbara S. Jones
United States District Judge